UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OHIO SECURITY INSURANCE COMPANY,

                         Plaintiff,

          -v-

ACCIDENT FUND INSURANCE COMPANY OF
AMERICA,

                         Defendant.

25 Civ. 3948 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court hereby adjourns the conference scheduled for today at 3:00 p.m.  Dkt. 22.  The Court will schedule a next conference following its resolution of the pending motions, Dkts. 27–37.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 10, 2025
       New York, New York