UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OHIO SECURITY INSURANCE COMPANY,

                                        Plaintiff,                    25 Civ. 3948 (PAE)
                    -v-
                                                                      ORDER
ACCIDENT FUND INSURANCE COMPANY OF
AMERICA,

                                        Defendant.

PAUL A. ENGELMAYER, District Judge:

       The case management conference in the above-captioned matter is rescheduled to

February 13, 2026 at 9:15 a.m.  This conference will be held telephonically.  The parties should

call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-

315-0661, followed by the pound (#) key.

       SO ORDERED.

                                              _____
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: February 10, 2026
       New York, New York