UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OHIO SECURITY INSURANCE COMPANY,

                                    Plaintiff,

                    -v-

ACCIDENT FUND INSURANCE COMPANY OF
AMERICA,

                                    Defendant.

---

25 Civ. 3948 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On Friday, February 13, 2026, the Court held a case management conference in the above-captioned case. The parties notified the Court that summary judgment motions are pending in the underlying state-court action and that these may bear on the outstanding issue in this case of indemnification. Accordingly, the Court stays all proceedings in this action, except as to the fees and expenses that Ohio Security Insurance Company ("OSIC") incurred prior to the Court's January 6, 2026 decision finding that defendant Accident Fund Insurance Company of America had a duty to defend. On this issue, the Court directed the parties to meet and confer, with the goal of resolving all issues relating to these fees and expenditures and to file an update on the docket of this case by February 27, 2026. To the extent the parties cannot resolve these issues, the Court expects thereafter to set a prompt briefing schedule.

The parties are directed to file a joint status update on the docket every 60 days as to the status of the state-court action. Within two weeks of any judgment in the state-court action, the parties are to file a joint letter reporting on that judgment and setting out their views as to the next steps in this case.

SO ORDERED.

_Paul A. Engelmayer_

PAUL A. ENGELMAYER
United States District Judge

Dated: February 17, 2026
        New York, New York