UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OHIO SECURITY INSURANCE COMPANY,

                           Plaintiff,

              -v-

ACCIDENT FUND INSURANCE COMPANY OF
AMERICA,

                           Defendant.

---

25 Civ. 3948 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

On February 17, 2026, the Court stayed all proceedings in the above-captioned case after the parties notified the Court of pending summary judgment motions in the underlying state-court action, which could bear on the present proceedings. Dkt. 44. The Court directed the parties, within two weeks of any judgment in the state-court action, to file a joint letter forthwith. *Id.*

Today, during a conference in related case *New York Schools Insurance Reciprocal v. Ohio Security Insurance Company et al.*, 26 Civ. 1126, involving both parties in this action, counsel stated that the motions in the underlying state-court action had been decided. To wit, the New York Supreme Court issued an opinion resolving the summary judgment motions on April 21, 2026. *Edwin Alonso Caceres Sanchez v. Tarrytown Union Free School District*, No. 56277/24 (N.Y. Sup. Ct. Apr. 21, 2026). Accordingly, the Court directs the parties to submit a joint letter by May 27, 2026 setting out their view(s) as to next steps in this case, including whether this case should remain stayed.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 20, 2026
       New York, New York

2